1  Richard Salkow, Esq. (SBN 204572)
   SALKOW LAW
2  11620 Wilshire Boulevard
3  Suite 900-012
   Los Angeles, CA 90025
4  Tel: (310) 914-8484
   Fax: (310) 914-0079
5
   Attorneys for Plaintiff(s), Donald Farris and Peggy Farris
6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case No. 3:07cv1609 CRB<br>MDL NO. 1699<br>District Judge: Charles R. Breyer |
| DONALD FARRIS and PEGGY FARRIS,<br><br>Plaintiffs,<br><br>vs.<br><br>PFIZER, INC., PHARMACIA CORPORATION, G.D. SEARLE LLC, (FKA G.D. SEARLE & CO.),<br><br>Defendants. | STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE |

Come now the Plaintiff(s), Donald Farris and Peggy Farris and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** with each side bearing its own attorneys' fees and costs.

-1-

| | | |
|---|---|---|
| 1 | DATED: August 31, 2009 | SALKOW LAW |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Richard Salkow<br>Attorneys for Plaintiff(s), Donald Farris and Peggy Farris |
| 5 | DATED: Oct. 22, 2009 | DLA PIPER LLP (US) |
| 6 | | |
| 7 | | By: ___/s/_____ |
| 8 | | Matt Holian<br>Attorneys for Defendants |

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: **OCT 2 8 2009**          _____
Hon. Charles R. Breyer
United States District Court

-2-

STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE

EAST\42531961.1